IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THE GLIDDEN COMPANY, | ) | CASE NO. 1:07-cv-01710 |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | |
| | ) | JUDGE LESLEY WELLS |
| v. | ) | |
| | ) | |
| JASON KINSELLA, | ) | **ORDER GRANTING KINSELLA'S** |
| | ) | **MOTION TO FILE DOCUMENT** |
| Defendant/Counter-Claimant. | ) | **UNDER SEAL** |
| | ) | |

Defendant/Counter-Claimant Jason Kinsella, moved the Court on November 7, 2008 for an Order directing the Clerk to file the combined **Kinsella's Objections to Magistrate's Report and Recommendation and Kinsella's Motion to Enforce the Settlement Agreement of May 2, 2008** under seal. For good cause shown, **Kinsella's Motion to File Document Under Seal** is granted, and the Clerk is hereby ordered to file **Kinsella's Objections to Magistrate's Report and Recommendation and Kinsella's Motion to Enforce the Settlement Agreement of May 2, 2008** under seal.

IT IS SO ORDERED.

Date: _13 November 2008_    Signed: _/s/ Lesley Wells_
Honorable Judge Lesley Wells
United States District Judge